# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | } |
| | } |
| JUST FOR YOU COACH, INC. | }    Case No. 19-81116-CRJ-11 |
| | } |
| | }    Chapter 11 |
| | } |
| Debtor(s) | } |

**ORDER REQUIRING BANK INDEPENDENT TO SHOW CAUSE WHY CREDITOR SHOULD NOT BE HELD IN CONTEMPT AND SANCTIONS IMPOSED**

Before the Court is the Emergency Motion filed by the Debtor under Sections 105 and 362 of the United States Bankruptcy Code and Motion for Contempt ("'Emergency Motion"), pursuant to which the Debtor alleges that Bank Independent debited the debtor-in-possession's bank account and placed a "hold" on property of the bankruptcy estate in violation of the automatic stay under 11 U.S.C. § 362(a).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. Counsel for Bank Independent must appear on **Thursday, April 18, 2019** at **10:00 a.m.** before the Honorable Clifton R. Jessup, Jr. at the United States Bankruptcy Court, 400 Well Street, Decatur, AL 35601 and show cause why Bank Independent should not be held in contempt for allegedly exercising control over property of the estate and for violating the automatic stay based upon on the allegations contained in the Emergency Motion.

2. Counsel for the Debtor is directed to immediately serve a copy of this Order upon Bank Independent.

Dated this the 16th day of April, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge