IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE:                                )
                                      )
JUST FOR YOU COACH, INC.,             )   CASE NO. 19-81116-CRJ
EIN: XX-XXX3094                       )   CHAPTER 11
                                      )
    Debtor.                           )

**ORDER ON EMERGENCY MOTION UNDER SECTIONS 105 AND 362 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR CONTEMPT AND ON ORDER REQUIRING BANK INDEPENDENT TO SHOW CAUSE WHY CREDITOR SHOULD NOT BE HELD IN CONTEMPT AND SANCTIONS IMPOSED**

    This matter came before the Court on April 18, 2019 upon the Debtor's Emergency Motion Under Sections 105 and 362 of the United States Bankruptcy Code and Motion for Contempt ("Emergency Motion") and upon the Order Requiring Bank Independent to Show Cause Why Creditor Should not be Held in Contempt and Sanctions Imposed ("Order to Show Cause") issued by the Court. Appearing at the hearing were Deanne Smith, Esq., counsel for the Debtor, and Richard Blythe Esq., counsel for the Bankruptcy Administrator. Counsel for Bank Independent failed to appear.

    During the hearing, counsel for the Debtor reported that Bank Independent released the Debtor's garnished funds and has agreed to pay $500.00 to compensate the Debtor for the fees associated with filing the Emergency Motion. Based upon the agreement of the parties, it is hereby

    **ORDERED, ADJUDGED and DECREED** that the Debtor's Emergency Motion is **MOOT** and the Order to Show Cause is **VACATED.**

    Dated this the 19th day of April 2019.

                                          /s/ Clifton R. Jessup, Jr.
                                          Clifton R. Jessup, Jr.
                                          United States Bankruptcy Judge

Order Prepared by:

Stuart M. Maples  
MAPLES LAW FIRM, PC  
Counsel for Debtor