IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JUST FOR YOU COACH, INC., | ) CASE NO. 19-81116-CRJ |
| EIN: XX-XXX3094 | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW Just For You Coach, Inc., debtor and debtor-in-possession ("Debtor"), by and through its undersigned counsel and files this Motion to Suspend its Chapter 11 Plan Payments, and in support thereof would show unto the Court as follows:

1. The Debtor operates as a commercial charter bus company located in Hartselle, Alabama and is in the business of providing coach bus transportation services to the public for a variety of events.

2. As the Coronavirus (COVID-19) outbreak continues to dominate headlines, <u>all</u> of the Debtor's reservations for bus services have either been postponed or cancelled. The bus services constitute all the Debtor's income.

3. The Debtor seeks to suspend its Chapter 11 Plan payment for the months of March, April, and May; and resume its Chapter 11 Plan payments in June 2020.

WHEREFORE, the Debtor respectfully requests this Court to grant a ninety (90) day moratorium on Plan payments, and to grant such other and further relief as this Court deems just and proper.

Respectfully submitted this the 26th day of March, 2020.

/s/ Stuart M. Maples
STUART M. MAPLES
(ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

I do hereby certify that on March 26, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
*Bankruptcy Administrator*
richard_blythe@alnba.uscourts.gov

All parties requesting notice

/s/ Stuart M. Maples
STUART M. MAPLES